IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID TYRONE MARTIN,                    :
                                        :
     Petitioner,                        :
                                        :
vs.                                     :          CIVIL ACTION 14-0370-CB-M
                                        :
JAMES REYNOLDS,                         :
                                        :
     Respondent.                        :

ORDER


     After due and proper consideration of the issues

raised, and there having been no objections filed, the

Recommendation of the Magistrate Judge made under 28 U.S.C.

§ 636(b)(1)(B) is adopted as the opinion of this Court.

     It is ORDERED that this habeas petition be DISMISSED

as time-barred.  It is further ORDERED that any certificate

of appealability filed by Martin be DENIED as he is not

entitled to appeal *in forma pauperis*.

     DONE this the 30th day of March, 2015.



                          s/*Charles R.Butler, Jr.*
                          CHARLES R. BUTLER, JR.
                          SENIOR UNITED STATES DISTRICT JUDGE